IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THERESA MARSHALL**                                                                 **PLAINTIFF**

v.                                            **4:10CV00754-WRW**

**DEUTSCHE BANK NATIONAL TRUST COMPANY**                          **DEFENDANTS**
**and WELLS FARGO HOME MORTGAGE**

### ORDER

Pending is Defendants' Motion to Stay Discovery Pending Decision on Defendants' Motion for Judgment on the Pleadings (Doc. No 11). Plaintiff has responded.[1] Defendants' Motion to Stay Discovery Pending Judgment on the Pleadings is GRANTED.

Accordingly, discovery is stayed pending a decision on Defendants' Motion for Judgment on the Pleadings.

IT IS SO ORDERED this 9th day of December, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 13.