UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THERESA MARSHALL**                                                       **PLAINTIFF**

**v.**                    **No. 4:10-cv-00754-WRW**

**DEUTSCHE BANK NATIONAL TRUST COMPANY**          **DEFENDANTS**
**and WELLS FARGO HOME MORTGAGE**

## ORDER

On December 9, 2010, I ordered a stay of discovery (Doc. No. 14) pending decision on Defendants' Motion for Judgment on the Pleadings. On December 22, 2010, I partially granted Judgment on the Pleadings.[1] The stay on discovery is now lifted. However, my order partially granting Judgment on the Pleadings has narrowed the issues in this case. Accordingly, discovery efforts should be limited to Plaintiff's claim that notice required by the Fair Debt Collection Practices Act was insufficient or improper if the debt was disputed, and to Plaintiff's claim brought under the Arkansas Deceptive Trade Practices Act.

IT IS SO ORDERED this 29th day of December, 2010.

                                                                    /s/ Wm. R. Wilson, Jr.
                                                               UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.