# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THERESA MARSHALL**                                                           **PLAINTIFF**

**v.**                             **4:10CV00754-BRW**

**DEUTSCHE BANK NATIONAL TRUST COMPANY**              **DEFENDANTS**
**and WELLS FARGO HOME MORTGAGE**

## JUDGMENT

Consistent with the Order filed in this case on this date, it is ORDERED and ADJUDGED that Defendants Wells Fargo and Deutsche Bank National Trust Company are DISMISSED without prejudice as parties to this action, and Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of February, 2011.

                                                         /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE