# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THERESA MARSHALL**                                                                                              **PLAINTIFF**

**v.**                              **4:10CV00754-BRW**

**DEUTSCHE BANK NATIONAL TRUST COMPANY**                                      **DEFENDANTS**
**and WELLS FARGO HOME MORTGAGE**

## AMENDED ORDER AND JUDGMENT

My Orders and Judgment (Docs No. 15, 22, 23) are hereby CORRECTED and AMENDED to DISMISS WITH PREJUDICE all of Plaintiff's claims, and Defendants are DISMISSED WITH PREJUDICE as parties to this action.

IT IS SO ORDERED this 3rd day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE